UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICTOR SEQUEIRA,<br>　　Plaintiff,<br><br>v.<br><br>KB HOME;<br>KB HOME LONE STAR, INC.;<br>KB HOME LONE STAR, INC.<br>D/B/A KB HOME;<br>KB HOME LONE STAR, INC.<br>D/B/A KB HOME HOUSTON;<br>KB HOME HOUSTON;<br>KB HOME HOLDINGS, INC.; AND<br>KB HOME HOLDINGS, INC.<br>D/B/A KB HOME,<br>　　Defendant. | §<br>§<br>§<br>§  CIVIL ACTION NO. H-07-CV-03036<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM AND ORDER

The matters pending in the Motion to Withdraw (Docket No. 5, granted at Docket No. 6) and any subsequent filings relating to them are hereby **REFERRED** to the Honorable Calvin Botley.

**IT IS SO ORDERED.**

**SIGNED** this 8th day of November, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT