UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR SEQUEIRA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-07-cv-03036 |
| | § | |
| KB HOME, KB HOME LONE STAR, INC., KB HOME HOUSTON, and KB HOME HOLDINGS, INC., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

Pending before the Court are Defendants' Motion in Limine (Doc. No. 40), Motion to Strike Plaintiff's Claim for Punitive Damages (Doc. No. 44), Motion for Reconsideration of Motion to Quash Plaintiff's Subpoena to KB Home (Doc. No. 54), and Motion to Disqualify Plaintiff's Attorney (Doc. No. 60.) Also pending before the Court is Plaintiff's Supplemental Motion in Limine (Doc. No. 57.) Defendants' Motion in Limine, Motion to Strike Plaintiff's Claim for Punitive Damages, Motion for Reconsideration of Motion to Quash Plaintiff's Subpoena to KB Home, and Plaintiff's Supplemental Motion in Limine are **DENIED WITHOUT PREJUDICE**. Defendants' Motion to Disqualify Plaintiff's Attorney is **DENIED AS MOOT**.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 17th day of July, 2009.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.